THEODORE B. WOOLSEY, Respondent, *v.* JOWN W. BROWN, Appellant.

· *Geo. V. N. Baldwin* for the respondent.

Judgment affirmed by default.